## Pappas *v.* Keely, Appellant.

Argued May 5, 1959. Before JONES, C. J., BELL, JONES, COHEN and McBRIDE, JJ.

*John C. Clemmens,* with him *Body, Rhoda, Stoudt & Bradley,* for appellant.

*Alan M. Hawman, Jr.,* with him *Derr, Hawman and Derr,* for appellee.

OPINION PER CURIAM, May 28, 1959:

These appeals by the defendant, in her individual and representative capacities, are from an order removing a compulsory nonsuit and granting the plaintiff a new trial. Such an order is plainly interlocutory and unappealable. The appeals will, therefore, be quashed. *Szmigel v. Director General of Railroads,* 266 Pa. 573, 110 A. 639; see also *Dellacasse v. Floyd,* 332 Pa. 218, 221, 2 A. 2d 860; and *DiGregorio v. Skinner,* 351 Pa. 441, 446, 41 A. 2d 649.

Appeals quashed.